IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Austin, Carolyn

Printed: 2/19/08

Case Number: 06 B 09491
Judge: Wedoff, Eugene R
Filed: 8/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 3, 2008
Confirmed: September 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,783.36 |  |
| Secured: |  | 3,791.75 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 747.65 |
| Trustee Fee: |  | 243.96 |
| Other Funds: |  | 0.00 |
| Totals: | 4,783.36 | 4,783.36 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 747.65 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 14,037.32 | 3,554.77 |
| 4. | Great American Finance Company | Secured | 758.69 | 236.98 |
| 5. | Wells Fargo Home Mortgage | Secured | 4,306.20 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 1,611.32 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 500.82 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 0.00 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 670.35 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 8,388.73 | 0.00 |
| 11. | Nicor Gas | Unsecured | 711.90 | 0.00 |
| 12. | Credit Union One | Unsecured | 2,009.29 | 0.00 |
| 13. | Nissan Motor Acceptance Corporation | Unsecured | 0.00 | 0.00 |
| 14. | U S Energy Savings Corp | Unsecured | 321.06 | 0.00 |
| 15. | Aspire Visa | Unsecured |  | No Claim Filed |
| 16. | Nextel Communications | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,315.68 | $ 4,539.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 114.80 |
| 5.4% | 129.16 |
|  | $ 243.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Austin, Carolyn

Printed: 2/19/08

Case Number: 06 B 09491
Judge: Wedoff, Eugene R
Filed: 8/4/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

